# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 25, 2013

147333

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ROBERT PORTER and JUDITH PORTER,
        Plaintiffs-Appellants,

v

CHRISTINA MARIE HILL, f/k/a CHRISTINA
MARIE PORTER,
        Defendant-Appellee.

SC: 147333
COA: 306562
Saginaw CC: 11-012799-DZ

_____/

On order of the Court, the application for leave to appeal the June 11, 2013 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 35 days of the date of this order addressing: (1) whether the parents of a man whose parental rights to his minor children were terminated prior to his death have standing to seek grandparenting time with the children under the Child Custody Act, MCL 722.21 *et seq*., and (2) whether the term "natural parent" in MCL 722.22(d) and (g) is the equivalent of "legal parent" or "biological parent." The parties should not submit mere restatements of their application papers.

The Family Law Section of the State Bar of Michigan is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2013



Clerk

t1022